**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

HEATH B. CLARK                                    )
                                                  )
v.                                                )         Civil No. 3:06-0667
                                                  )          Judge Trauger
                                                  )          Magistrate Judge Bryant
JIM F. RING, *et al.*                             )

## O R D E R

On January 30, 2008, the Magistrate Judge issued a Report and Recommendation,

recommending that the Motion for Summary Judgment filed by Jeff Mingledorff (Docket No.

89) be granted.  By order entered February 20, 2008, the court granted the plaintiff an extension

until March 12, 2008 within which to object to the Report and Recommendation (Docket No.

132).  No timely objections were filed.  The Report and Recommendation is therefore

**ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons

expressed therein, it is hereby **ORDERED** that the Motion for Summary Judgment filed by

defendant Mingledorff (Docket No. 89) is **GRANTED**, and all claims against defendant

Mingledorff are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 14th day of March 2008.

_____

ALETA A. TRAUGER
United States District Judge