IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HEATH B. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3-06-0667 |
| | ) Judge Trauger |
| WHITE HOUSE POLICE | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and in accordance with the parties' agreement, as evidenced by the signatures of counsel below, and with the permission of this Honorable Court, the parties are in agreement that the action against defendants Jim Ring and Jeff Frazier is hereby dismissed with prejudice.

APPROVED FOR ENTRY:


 s/Heather C. Stewart
HEATHER C. STEWART, S.Ct. #23914
MARY BYRD FERRARA, S.Ct. #000229
Farrar & Bates, L.L.P.
211 Seventh Ave., N., Suite 500
Nashville, TN 37219
(615) 254-3060
*Attorneys for the Defendant Jim Ring*

   s/ Timothy P. Harlan
ROBERT M. BURNS, BPR #15383
TIMOTHY P. HARLAN, BPR #24469
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201
(615) 244-3370
*Attorneys for Defendant Jeff Frazier*


   s/ Bryan Stephenson
BRYAN STEPHENSON, BPR #23908
Bank of America Plaza, Suite 905
414 Union Street
Nashville, TN 37219
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded, via U. S. Mail, first class postage prepaid or via electronic transmission, to:

Bryan Stephenson, Esq.
Bank of America Plaza, Ste. 905
414 Union St.
Nashville, TN 37219

Robert M. Burns, Esq.
Timothy Harlan, Esq.
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201

Dale Conder, Jr., Esq.
Rainey, Kizer, Reviere & Bell
209 E. Main Street
Jackson, TN 38301

Patrick Flynn, Esq.
Fleming, Flynn & Murphy
207 W. Eighth Street
Columbia, TN 38401

on this 3rd day of July 2008.

   s/Heather C. Stewart
HEATHER C. STEWART

2

Case 3:06-cv-00667   Document 162   Filed 07/07/08   Page 2 of 2 PageID #: 825